FRED G. CLARKE, Respondent, *v.* THE NEW YORK CEN-
TRAL AND HUDSON RIVER RAILROAD COMPANY,
Appellant.

*Clarke* v. *N. Y. C. & H. R. R. R. Co.*, 157 App. Div. 194, affirmed.
(Argued April 28, 1915; decided May 14, 1915.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the third judicial department,
entered May 22, 1913, affirming a judgment in favor of
plaintiff entered upon the report of a referee in an action
to recover for the loss of baggage checked by defendant
upon two passenger tickets. The complaint alleged that
upon payment by plaintiff of certain excess baggage
charges, defendant transported the said property over the
West Shore railroad, which it operated as lessee, to Cats-
kill, N. Y., where it stored the same in the baggage room
of its station at that place; that December 6, 1909, said
station, with its contents, including the property of
plaintiff, was destroyed by fire, and that by reason of the
careless and negligent conduct of defendant's agent in
and about the fire, plaintiff's property was burned and
entirely destroyed; that after the discovery of said fire by
defendant's agent, there was ample time within which to
remove from said station all baggage therein, including
that of plaintiff, but defendant's agent refused to remove
the same or to allow it to be removed; and that plaintiff's
baggage was destroyed through the failure of defendant's
agent to use due care to preserve the same. Defendant
admittted the operation by it of the West Shore railroad;
the delivery to it November 19, 1909, by plaintiff, of three
trunks and a carrying case with their contents; the
acceptance, checking and transportation of plaintiff's
property as baggage, to Catskill, N. Y., and the storing
of the same by defendant in the baggage room of its
station at that place; denied any negligence on its part;
alleged that plaintiff negligently failed to remove his
baggage prior to December 6, 1909, when it was destroyed
by fire, and further alleged as a partial defense, that

under its schedule of rates, fares and charges for the transportation of passengers and their baggage, filed with the public service commission, its liability was limited to $300.

*Amos Van Etten* for appellant.

*John L. Fray* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ. Absent: WILLARD BARTLETT, Ch. J.